# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Messitte, Peter J. | U.S. District Court | 05/10/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Senior | ☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>5b. ☐   Amended Report | 01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

U.S. Courthouse
6500 Cherrywood Lane
Greenbelt, MD 20770

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Adjunct Professor of Law | American University Washington College of Law |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 01/01/04 | Pension Plan - State of Maryland Judiciary |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Messitte, Peter J. | 05/10/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | 2014 | State of Maryland Judiciary - Pension Payments | $52,296.00 |
| 2. | 2014 | American University Washington College of Law - Teaching | $12,000.00 |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Soulstice, Inc. Young Litigators | 2/26/15-2/27/15 | Atlanta, GA | Educational Seminars | Transportation, Meals, Hotel |
| 2. | Levin College of Law - Univ. of Florida | 5/11/15-5/12/15 | Gainesville, FL | Educational Seminar | Transportation, Meals, Hotel |
| 3. | U.S. Department of State | 10/26/15-10/28/15 | Lisbon, Portugal | Educational Seminar | Transportation, Meals, Hotel |
| 4. | Practicing Law Institute | 11/16/15-11/18/15 | New York, NY | Educational Seminar | Transportation, Meals, Hotel |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Messitte, Peter J. | 05/10/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Messitte, Peter J. | 05/10/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America | A | Interest | K | T | | | | | |
| 2. PJM/IRA (Wells Fargo) (same as #3 to #23) | E | Dividend | N | T | | | | | |
| 3. RS Floating Rate Y (RSFYX) | A | Dividend | J | T | Sold | 06/22/15 | J | A | |
| 4. American Funds: Euro Pacific Growth Fund Cl A | A | Dividend | J | T | | | | | |
| 5. Kaufman Federated LG CP | A | Dividend | K | T | | | | | |
| 6. Royce Penn Mutual Fund | A | Dividend | J | T | Sold (part) | 04/20/15 | J | A | |
| 7. Blackrock US Opp. Portfolio Fd | A | Dividend | K | T | | | | | |
| 8. Blackrock Global Alloc. Fd | A | Dividend | K | T | | | | | |
| 9. Growth Fd of Am ClF2 | A | Dividend | K | T | Sold (part) | 06/22/15 | K | A | |
| 10. Henderson Int Opp Fd Cl W | A | Dividend | J | T | | | | | |
| 11. Lord Abbett Dev Growth Fd Cl F | A | Dividend | K | T | | | | | |
| 12. MFS Value Fd Cl A | A | Dividend | K | T | | | | | |
| 13. Oppenheimer Dev Mkts Fd Cl Y FDS | A | Dividend | J | T | | | | | |
| 14. Thornburg Inv Inc Bldr Fd Cl I | A | Dividend | K | T | | | | | |
| 15. Templeton Glob Bond Fd Advisor Class | A | Dividend | J | T | Sold | 06/22/15 | J | A | |
| 16. John Hancock Disc Val MDCP | A | Dividend | K | T | | | | | |
| 17. Loomis Sayles Strategic Inc Y | A | Dividend | J | T | Sold (part) | 05/15/14 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. RS Global Natural Res A | A | Dividend | J | T | Sold | 04/20/15 | J | A | |
| 19. Unit AAM Corporate Navellier Dial High Income 58F | A | Interest | J | T | | | | | |
| 20. First Trust Sabrient Small Cap. Growth | A | Dividend | J | T | Buy | 04/20/15 | J | | |
| 21. John Hancock Fds. Int. Growth | A | Dividend | J | T | Buy | 06/23/15 | J | | |
| 22. Ridgeworth Fds. Mid-Cap. Val. Eq. | A | Dividend | J | T | Buy | 06/23/15 | J | | |
| 23. First Trust Dorsey Wright Rel. | A | Dividend | J | T | Buy | 07/31/15 | J | | |
| 24. Capital One Bank, Chevy Chase, MD | A | Interest | M | T | | | | | See Part VIII |
| 25. Sun Trust Bank, Chevy Chase, MD | A | Interest | L | T | | | | | See Part VIII |
| 26. SM/IRA (Wells Fargo) (same as #27 to #31) | A | Dividend | K | T | | | | | |
| 27. Blackrock US Opp Portfolio Fd | A | Dividend | J | T | | | | | |
| 28. Pimco Total Return Fd | A | Dividend | J | T | Sold | 04/30/14 | J | A | See Part VIII |
| 29. Fd Eq Fds Kaufmann Lge Cap Fd Inst C1 | A | Dividend | J | T | | | | | |
| 30. Oppenheimer Dev. Mkts C1 Y FDS | A | Dividend | J | T | | | | | |
| 31. Royce Penn Mutual Fund | A | Dividend | J | T | Sold | 08/20/15 | J | A | |
| 32. SM/PJM (Wells Fargo) (same as #33 to #55) | E | Dividend | N | T | | | | | |
| 33. Royce Penn. Mutual Fund | A | Dividend | J | T | Sold (part) | 04/20/15 | J | A | |
| 34. RS Floating Rate Y (RSFYX) | A | Dividend | J | T | Sold | 06/22/15 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Messitte, Peter J. | 05/10/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. RS Inv Tr Global Nat. Res. (RSNYX) | A | Dividend | J | T | Sold | 04/20/15 | J | A | |
| 36. Henderson Global Income Fund | A | Dividend | J | T | | | | | |
| 37. American Investment Co. of America, F2 | A | Dividend | K | T | | | | | |
| 38. Blackrock Global Alloc. Fd, Inc. | A | Dividend | K | T | | | | | |
| 39. Blackrock US Opp Ins | A | Dividend | J | T | | | | | |
| 40. Delaware Diversified, Income Fd C 1A | A | Dividend | K | T | | | | | |
| 41. American Europacific Growth Fd F2 | A | Dividend | J | T | | | | | |
| 42. American Growth Fund of Amer Class F2 | A | Dividend | K | T | | | | | |
| 43. American Inc Fd of Amer C1 F2 | A | Dividend | K | T | | | | | |
| 44. Lord Abbett Dev Growth Fd C1 F | A | Dividend | J | T | | | | | |
| 45. MFS Value I (ME11X) | A | Dividend | K | T | | | | | |
| 46. Invesco Eq & Inc Fd C1 Y | A | Dividend | K | T | | | | | |
| 47. Templeton Global Bond Fd | A | Dividend | J | T | Sold | 06/22/15 | J | A | |
| 48. Invesco High Yield Y | A | Dividend | K | T | Sold | | J | A | See Part VIII |
| 49. John Hancock Disc Val Mid Cap Fd | A | Dividend | J | T | | | | | |
| 50. Loomis Sayles Strat Inc. Y | A | Dividend | K | T | | | | | |
| 51. Unit AAM Corporate Dial High Inc 58 | A | Interest | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Messitte, Peter J. | 05/10/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. First Tr. Dorsey Wright Rel. | A | Interest | K | T | Buy | 07/31/15 | J | | |
| 53. Fd Eq. Fds Kaufmann Lge Cap Fd. C1 1 | A | Dividend | J | T | | | | | |
| 54. First Trust Sabrient Small Cap. Growth | A | Dividend | J | T | Buy | 04/21/15 | J | | |
| 55. John Hancock Fds. Int. Growth | A | Dividend | K | T | Buy | 06/23/15 | J | | |
| 56. ▬▬▬ Rental Property | A | Rent | M | W | | | | | |
| 57. Maryland College Investment Plan #1 Portfolio 2021 (no control) | A | Interest | K | U | | | | | |
| 58. Maryland College Investment Plan #2 Portfolio 2021 (no control) | A | Interest | J | U | | | | | |
| 59. Maryland College Investment Plan #3 Portfolio 2021 (no control) | A | Interest | J | U | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Messitte, Peter J. | 05/10/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Elaboration of Part VII

#24 & #25   -   On my 2014 Report, these two bank acounts were listed as part of "PJM/IRA."  That was incorrect.  They should have been listed  as separate assets jointly held with my wife.

#28   -   My 2014 Report indicates that this asset was sold "in part" on 4/3/14.  It was in fact sold in full on that date.  It was never an asset during CY 2015.

#48   -   This asset should not have been included on my 2014 Report.  It was fully sold on or about 4/8/13.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Peter J. Messitte**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544